IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

S.Y.,

     Plaintiff,

v.

CHOICE HOTELS INTERNATIONAL,
INC.; R & M REAL ESTATE
COMPANY, INC.,

     Defendants.

CASE NO.
2:20-CV-00622-JES-KCD

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties to the above-captioned lawsuit, S.Y., R & M Real Estate Company, Inc. and Choice Hotels International, Inc., by and through their undersigned attorneys, have amicably settled their differences in this case and hereby stipulate to the dismissal of this action in its entirety with prejudice and with each party to bear their own attorneys' fees and costs. This Court shall retain jurisdiction to enforce that certain Settlement Agreement executed by the parties in May 2022.

     DATED this 2nd day of August 2022.

| **DOUGLAS & LONDON, P.C.** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** |
|---|---|
| By: /s/ Randolph Janis<br>Randolph Janis, Esq.<br>*LEAD TRIAL COUNSEL for Plaintiff S.Y.* | By: /s/ Sara M. Turner<br>Sara M. Turner, Esq.<br>*LEAD TRIAL COUNSEL for* |

rjanis@douglasandlondon.com
59 Maiden Lane, 6th floor
New York, New York 10038
(212) 566-7500

*Defendant, Choice Hotels*
*International, Inc.*
smturner@bakerdonelson.com
420 20th Street North, Suite 1400
Birmingham, Alabama 35203
(205) 328-0480

**COLEMAN, HAZZARD, TAYLOR,**
**KLAUS, DOUPÉ & DIAZ, P.A.**

By: /s/ Christyna Torrez
Christyna M. Torrez, Esq.
Florida Bar No. 042671
ctorrez@chtlegal.com
*LEAD TRIAL COUNSEL for*
*R&M Real Estate Company, Inc.*
4099 Tamiami Trail N, Suite 201
Naples, FL 34103
239-298-5200

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on this 2nd day of August, 2022 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

COLEMAN, HAZZARD, TAYLOR,
KLAUS, DOUPÉ & DIAZ, P.A.

By: /s/ Christyna Torrez
Christyna M. Torrez, Esq.
Florida Bar No. 042671